IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DISTRICT

| | |
|---|---|
| BRIAN SNOW,<br><br>　　　　　　　Movant. | Misc. Case No. 4:18-mc-09015-RK Snow |
| Related Case (E.D. Va.)<br><br>STEVEN KNURR, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>ORBITAL ATK, INC., et al.,<br><br>　　　　　　　Defendants. | E.D. Va. Case No.:<br>1:16-cv-01031-TSE-MSN |

MOVANT BRIAN SNOW'S EMERGENCY RULE 45 MOTION
TO MODIFY NON-PARTY SUBPOENA

Brian Snow, by counsel and pursuant to Federal Rule of Civil Procedure 45(d), moves this Court for to issue a protective order (or other order) to modify the subpoena ("Subpoena") served on Mr. Snow by the plaintiffs in *Knurr v. Orbital ATK, Inc.*, ("*Orbital*") Case No. 1:16-cv-01031-TSE-MSN, a class action currently pending before the United States District Court for the Eastern District of Virginia (Alexandria Division). Through his Motion, Mr. Snow also offers his formal written objection to the production of all documents sought in the Subpoena in accordance with Rule 45(d)(2)(B).

The Subpoena imposes an undue burden on Mr. Snow as it unnecessarily requires him to produce documents on a very tight turnaround and places him in the position of having to give a deposition at a time when his chosen counsel will be out of the country and therefore not available to defend his deposition.

Mr. Snow also objects to the overly burdensome document production request contained within the Subpoena. Mr. Snow respectfully asks the Court to modify the subpoena to quash the document production requirements and to re-schedule Mr. Snow's deposition for a time when his counsel is available.

Because Plaintiffs did not take reasonable steps to avoid imposing an undue burden on Mr. Snow before serving him with the subpoena and did not pursue the re-scheduling of his deposition after learning of Mr. Snow's counsel's unavailability, Mr. Snow asks for an award of his attorney fees and court costs incurred in filing this Motion under Rule 45(d)(1).

Respectfully submitted,

/s/ Patrick N. Fanning
Patrick N. Fanning     MO #47615
J. Aaron Craig         MO #62041
PEAK Litigation LLP
4900 Main Street, Suite 160
Kansas City, MO 64112
(816) 281-5502 (direct)
pfanning@peaklitigation.com
acraig@peaklitigation.com

AND

Gary H. Nunes (Va. Bar No. 27595)
WOMBLE BOND DICKINSON (US) LLP
8065 Leesburg Pike, Fourth Floor
Tysons Corner, VA 22182-2738
Telephone:  (703) 394-2200
E-mail:  gary.nunes@wbd-us.com
*Of counsel – not admitted in the W.D. Mo.*

COUNSEL FOR MOVANT BRIAN SNOW

2

CERTIFICATE OF SERVICE

I certify that on August 21, 2018, a true and accurate copy of the foregoing Motion was served by electronic mail and via first-class U.S. mail, postage pre-paid, on the following counsel for the subpoenaing party in the *Orbital* matter:

John C. Herman
Robbins Geller Rudman & Dowd LLP
3424 Peachtree Road NE
Suite 1650
Atlanta, GA 30326
jherman@rgrdlaw.com

    /s/ Patrick N. Fanning
Patrick N. Fanning