**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| BRIAN SNOW | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-MC-09015-RK |
| | ) | |
| STEVEN KNURR, et al. | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER TO SHOW CAUSE

Before the Court is Movant Brian Snow's emergency motion to modify the non-party subpoena issued by counsel for the plaintiffs in the class action pending in the United States District Court for the Eastern District of Virginia, styled *Knurr v. Orbital ATK, Inc.*, No. 1:16-cv-01031-TSE-MSN. (Doc. 1.) The Court **ORDERS** counsel for Respondents to show cause at or before 3:00 p.m., Central Time, on August 24, 2018, why the Court should not modify the compliance date of the documents and deposition requests in the subpoena and award attorneys' fees and costs to Movant. The Court directs the Clerk of the Court to advise counsel for Respondents of this Order via telephone and deliver a copy of this Order to counsel for Respondents via email.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 24, 2018